IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-03000-CBS

UNITED STATES OF AMERICA,

      Plaintiff,

   v.

1.  MOHAMMED WALI ZAZI,

      Defendant.

---

**NOTICE OF INTENT TO USE FOREIGN
INTELLIGENCE SURVEILLANCE ACT INFORMATION**

---

The United States of America, by and through David Gaouette, United States Attorney for the District of Colorado, and Tim R. Neff, Assistant United States Attorney, and Gregory A. Holloway, Assistant U.S. Attorney, hereby provides notice to defendant Mohammed Wali Zazi and to the Court, that pursuant to Title 50, United States Code, Section 1806(c) and 1825(d), that the United States intends to offer into evidence, or otherwise use or disclose in any proceedings in the above-captioned matter, information obtained and derived from electronic surveillance and physical search conducted pursuant to the Foreign Intelligence Surveillance Act of 1978 ("FISA"), as amended, 50 U.S.C. §§ 1801-1812 and 1821-1829.

Respectfully submitted this 21st day of September, 2009.

DAVID M. GAOUETTE
United States Attorney


By:  s/Tim Neff
     TIM R. NEFF
     Assistant United States Attorney
     U.S. Attorney's Office
     1225 17th St., Suite 700
     Denver, CO  80202
     Telephone: (303) 454-0100
     Fax:  (303) 454-0402
     e-mail:  tim.neff@usdoj.gov
     Attorney for the Government


By:  s/Gregory A. Holloway
     GREGORY A. HOLLOWAY
     Assistant United States Attorney
     U.S. Attorney's Office
     1225 17th St., Suite 700
     Denver, CO  80202
     Telephone: (303) 454-0100
     Fax:  (303) 454-0403
     e-mail:  gregory.holloway@usdoj.gov
     Attorney for the Government

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of September, 2009, I electronically filed the foregoing **NOTICE OF INTENT TO USE FOREIGN INTELLIGENCE SURVEILLANCE ACT INFORMATION** using the CM/ECF system which will send notification of such filing to the following e-mail address:

Counsel of record in this case

*s/Maggie E. Grenvik*
Maggie E. Grenvik
Legal Assistant
U.S. Attorney's Office
1225 17th St., Suite 700
Denver, CO  80202
Telephone:  (303) 454-0100
Fax:  (303) 454-0401
e-mail:  maggie.grenvik@usdoj.gov

3