UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Craig B. Shaffer                                           Monique Wiles
United States Magistrate Judge                            Deputy Clerk


Case Number: 09-mj-3000                                   FTR CBS AM

September 24, 2009


UNITED STATES OF AMERICA                          Tim Neff
                                                  Greg Holloway
                                                  David Gaouette
                                                  Narus William


        v.


MOHAMMED WALI ZAZI                                Edward Harris

Interpreter: M. Naim Saidi

---

## STATUS HEARING

---

Court in Session: 9:06 am

Court calls case and appearance of counsel.

Jerald Mason present from pretrial services.

Interpreter sworn.

Upon the request of Mr. Harris, and the presence of the interpreter, the court re-advises the defendant of his rights, charges, and possible penalties.

Argument by Mr. Harris regarding detention.

Mr. Harris orally motions the court for the district court to hear the preliminary hearing.

Mr. Harris orally motions the court for a gag order to be placed on all parties.

**ORDERED:** Mr. Harris's oral motion for the district court to hear the preliminary hearing is denied.

**ORDERED:** Mr. Harris's oral motion for a gag order to be placed on all parties is denied.

Government does not object to the defendant being released on bond.

Bond Paperwork signed and tendered to the court.

**ORDERED:** Court grants $50,000 unsecured bond with the conditions as set forth in the Order Setting Conditions of Release.

**ORDERED:** The government must provide, no later than October 5, 2009, notice to the court and to defense counsel, indicating the extent of information that they obtain under the Foreign Intelligence Surveillance Act.

**ORDERED:** Preliminary hearing is set for October 9, 2009 at 1:30 p.m. in courtroom A201

**ORDERED:** Defendant is remanded to the custody of the United States Marshal to be released after processing

Court in recess: 10:07 am

Total time in court: 1:01

Hearing concluded.