**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No.  09-cr-00438-DME

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1. MOHAMMED WALI ZAZI,

        Defendant.

**ORDER DISMISSING MOTION FOR DISCLOSURE OF FOREIGN INTELLIGENCE
SURVEILLANCE ACT EVIDENCE AS MOOT**

On October 1, 2009, Defendant Mohammed Wali Zazi filed a Motion for Disclosure of

Foreign Intelligence Surveillance Act ("FISA") Evidence (doc. no. 17).  This motion sought

disclosure of FISA evidence in advance of a preliminary hearing in this matter.  Defendant has

since been charged by indictment, thus obviating the need for a preliminary hearing.

Accordingly, Defendant's Motion for Disclosure of Foreign Intelligence Surveillance Act

("FISA") Evidence is DISMISSED as moot, without prejudice to a later motion seeking

discovery of FISA materials.

DONE AND SIGNED this   25th   day of  November  , 2009.

                BY THE COURT:

                *s/ David M. Ebel*

                U. S. Circuit Court Judge