IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  09-cr-00438-DME-01

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.        MOHAMMED WALI ZAZI,

        Defendant.

---

### GOVERNMENT'S MOTION TO DISMISS WITHOUT PREJUDICE

---

Comes now the United States of America, by and through David M. Gaouette, United States Attorney for the District of Colorado; Greg Holloway and Tim Neff, Assistant United States Attorneys for the District of Colorado; and, William M. Narus, Trial Attorney for the United States Department of Justice Counterterrorism Section; and files this motion to dismiss without prejudice, and states as follows:

The defendant has been charged in the United States District Court for the Eastern District of New York.

Therefore undersigned counsel moves the court to dismiss the above entitled cause without prejudice.

1

Respectfully submitted,

DAVID M. GAOUETTE
United States Attorney

By:  s/ Greg Holloway
GREG HOLLOWAY, WSBA #28743
Assistant United States Attorney
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
Telephone: (303) 454-0100
Facsimile: (303) 454-0403
E-mail: Gregory.Holloway@usdoj.gov
Attorney for the Government

By:  s/    Tim Neff
TIM NEFF
Assistant United States Attorney
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
Telephone: (303) 454-0100
Facsimile: (303) 454-0403
E-mail: Tim.Neff@usdoj.gov
Attorney for the Government

By:  s/   William M. Narus
WILLIAM M. NARUS
Trial Attorney, Counterterrorism Section
950 Pennsylvania Avenue, N.W.
Washington, DC 20530
Telephone: (202) 307-0789
E-mail: William.Narus@usdoj.gov
Attorney for the Government

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of February, 2010, I electronically filed the foregoing GOVERNMENT'S MOTION TO DISMISS WITHOUT PREJUDICE with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

**Edward R. Harris, Esq.**

**edward_harris@fd.org**

s/Greg Holloway
Greg Holloway, WSBA #28743
Assistant United States Attorney
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
Telephone: (303) 454-0100
Facsimile: (303) 454-0403
E-mail: Gregory.Holloway@usdoj.gov