IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO.  09-cr-00438-DME-01

UNITED STATES OF AMERICA,

        Plaintiff,

v.

**MOHAMMED WALI ZAZI,**

        Defendant.

_____

### DEFENDANT'S RESPONSE TO GOVERNMENT'S MOTION TO DISMISS WITHOUT PREJUDICE

_____

Defendant, by and through counsel, Assistant Federal Public Defender Edward R. Harris, hereby responds to  the Government's Motion to Dismiss Without Prejudice as follows:

1.      Defense counsel has advised Defendant that the government seeks to dismiss the instant indictment and that it has indicted Defendant for other charges in the United States District Court for the Eastern District of New York.

2.      Defendant does not object to the dismissal of the instant indictment.  Defendant's consent to dismissal of an indictment by the government is not necessary when, as here, dismissal occurs before the trial is begun.  *See* Fed.R.Crim.P. 48(a); *U.S. v. Delagarza*,  650 F.2d 1166 (10th Cir. 1981), *certiorari denied* 452 U.S. 917 (1981).

                Respectfully submitted,

                RAYMOND P. MOORE
                Federal Public Defender

                s/ Edward Harris
                EDWARD HARRIS
                Office of the Federal Public Defender
                633 - 17th Street, Suite 1000
                Denver, Colorado   80202
                Telephone:  (303) 294-7002
                FAX:  (303) 294-1192
                E-mail:  Edward_Harris@fd.org
                Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on February 1, 2010, I electronically filed the foregoing

**DEFENDANT'S RESPONSE TO GOVERNMENT'S
MOTION TO DISMISS WITHOUT PREJUDICE**

with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

David Gaouette, United States Attorney
david.gaouette@usdoj.gov

Tim Neff, Assistant United States Attorney
tim.neff@usdoj.gov

Gregory Holloway, Assistant United States Attorney
gregory.holloway@usdoj.gov

William M. Narus
william.narus@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Mohammed W. Zazi  (via U.S. Mail)

s/   Edward Harris
EDWARD HARRIS
Assistant Federal Public Defender
Attorney for Defendant
633 - 17th Street, Suite 1000
Denver, Colorado 80202
(303) 294-7002
(303) 294-1192
Edward_Harris@fd.org