IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  09-cr-00438-DME-01

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.      MOHAMMED WALI ZAZI,

        Defendant.

---

## ORDER DISMISSING WITHOUT PREJUDICE

---

THIS MATTER coming before the Court upon motion of the government to dismiss the Indictment in the above-entitled case without prejudice, and the Court having considered the same,

IT IS HEREBY ORDERED that the Indictment in the above-entitled case is dismissed without prejudice.

SO ORDERED this   1st   day of February, 2010.

BY THE COURT:

*s/ David M. Ebel*

_____

The Honorable David M. Ebel
United States Circuit Court Judge